

```
              FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA.

         2023 MAY -5  P 3:09
                              meb
         CAROL L. MICHEL
              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

INDICTMENT FOR A VIOLATION
OF THE FEDERAL GUN CONTROL ACT

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-00090** |
| v. | * | SECTION: **SECT. E MAG. 2** |
| CARLSEL ALEXANDER | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | * | 18 U.S.C. § 924(a)(8) |

* * *

The Grand Jury charges that:

## COUNT 1

On or about February 21, 2023, in the Eastern District of Louisiana, the defendant, **CARLSEL ALEXANDER**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a felony conviction on January 10, 2018, in the 18th Judicial District Court, Parish of West Baton Rouge Parish, Case No. 151980 for Second Degree Battery, in violation of La. R.S. 14:34.1, did knowingly possess a firearm, that is, a FN 509 9-millimeter semi-automatic handgun, bearing serial number GKS0042074, said firearm having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

```
___Fee USA
___Process_____
 X  Dktd_____
___CtRmDep_____
___Doc.No._____
```

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **CARLSEL ALEXANDER**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any of the following: FN 509 9-millimeter semi-automatic handgun, bearing serial number GKS0042074.

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

_____
TROY L. BELL
Assistant United States Attorney
La. Bar Roll No. 37424
New Orleans, Louisiana
May 5, 2022

2

FORM OBD-34

No. _____

**SEALED**

# UNITED STATES DISTRICT COURT

Eastern *District of* Louisiana

Criminal *Division*

## THE UNITED STATES OF AMERICA

vs.

**CARLSEL ALEXANDER**

# INDICTMENT

### INDICTMENT FOR A VIOLATION OF THE FEDERAL GUN CONTROL ACT

**VIOLATIONS:**
Title 18, U.S.C., Section 922(g)(1)
Title 18, U.S.C., Section 924(a)(8)

*Filed in open court this* _____
_____ *day of*
_____ A.D. 2023.

_____
*Clerk*

Bail, $ _____

_____
**TROY L. BELL**
Assistant United States Attorney